■ MICHAEL ABRAHAM, Doing Business as D & M GLAZING CONTRACTORS, Appellant, v A. S. FLORCZYK & SONS, INC., et al., Defendants, and TRAVELERS INDEMNITY COMPANY, Respondent. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Donovan, J. (See, also, *Concrete Constr. Corp. v Commercial Union Ins. Co. of N. Y.*, 68 AD2d 866.) (Appeal

from order of Supreme Court, Oneida County, Donovan, J. — dismiss complaint.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Boomer, JJ.